CNA / CLAIMPLUS
STAFFING CONCEPTS
PAID LOSS WC LARGE DEDUCTIBLE
Evaluation Date 08/01/2004

Plan Effective Date: 01/01/2002
Billing Period: 07/01/2004 to 08/01/2004
Term Effective Date: 01/01/2002
Policy: 2047839589

LOB: WC

| Accident Date / Notice Date / Description / Transfer To/From | Claim # / Claimant Name | Coverage | AD/PR/JD Policy | Status / Location | Charge Per Claim (C) / Per Suffix (S) / Per Claimant (T) | Paid Loss | Sal/Subro Recov. | Paid Expenses | Loss Reserves | Expense Reserves | Total Incurred |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2T-801543 | | | | | | | | | | |
| Claim Total | | | | | | 33,589 0 33,589 | 0 0 0 | 23,065 107 23,172 | 0 0 0 | 0 0 0 | 56,654 107 56,761 |
| 10/08/2002 10/29/2002 PUNCTURE TO LFT. FOOT WHEN STEPPED ON NAIL | 2T-801589-21 | WCMX | FL,FL,FL 2047839589 UD | CLOSED 91105 | $470 (C) | 169 492 661 | 0 0 0 | 73 23 96 | 0 0 0 | 0 0 0 | 242 515 757 |
| 10/08/2002 10/17/2002 UNKNOWN INJURY TO BACK WHEN SUFFERED AND FELL | 3M-804803-11 | WCI | IA,IA,IA 2047839589 UD | OPEN 09055 | $470 (C) | 0 0 0 | 0 0 0 | 5,558 0 5,558 | 15,600 0 15,600 | 0 0 0 | 21,158 0 21,158 |
| Additional Suffix UNKNOWN INJURY TO BACK WHEN SLIPPED AND FELL | 3M-804803-21 | WCM | IA,IA,IA 2047839589 UD | OPEN 09055 | | 16,337 252 16,589 | 0 0 0 | 2,434 0 2,434 | 4,425 (253) 4,172 | 0 0 0 | 23,196 (1) 23,195 |
| Claim Total | 3M-804803 | | | | | 16,337 252 16,589 | 0 0 0 | 7,992 0 7,992 | 20,025 (253) 19,772 | 0 0 0 | 44,354 (1) 44,353 |
| 10/09/2002 10/14/2002 INJURY TO NECK WHEN TRUCK HIT A POT HOLE ON GW BRIDGE | 1D-803796-11 | WCI | NY,NY,NY 2047839589 | OPEN 90245 | $470 (C) | 24,240 800 25,040 | 0 0 0 | 865 0 865 | 11,200 (800) 10,400 | 0 0 0 | 36,305 0 36,305 |
| Additional Suffix INJURY TO NECK WHEN TRUCK HIT A POT HOLE ON GW BRIDGE | 1D-803796-21 | WCM | NY,NY,NY 2047839589 | OPEN 90245 | | 8,853 1,031 9,884 | 0 0 0 | 932 4 936 | 20,335 (1,031) 19,304 | 0 0 0 | 30,120 4 30,124 |
| Claim Total | 1D-803796 | | | | | 33,093 1,831 34,924 | 0 0 0 | 1,797 4 1,801 | 31,535 (1,831) 29,704 | 0 0 0 | 68,425 4 68,429 |
| 10/10/2002 10/21/2002 INJURIE ANKLE WHEN SLIPPED ON PALM TREE DEBRIS. | 2T-801567-11 | WCI | FL,FL,FL 2047839589 | OPEN 00958 | $470 (C) | 0 0 0 | 0 0 0 | 5,341 0 5,341 | 5,000 0 5,000 | 0 0 0 | 10,341 0 10,341 |


EXHIBIT 4
tabbies®