UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONTINENTAL CASUALTY COMPANY, *et al.*,

     Plaintiffs,

v.                                    CASE NO.: 8:09-cv-2036-T-AEP

STAFFING CONCEPTS, INC., *et al.*,

     Defendants.

_____/

### **ORDER**

     This cause is before the Court on Plaintiffs Continental Casualty Company, National Fire Insurance Company of Hartford and Transportation Insurance Company's ("CNA") Motion for Interest, Attorneys' Fees and Costs and Supporting Memorandum of Law (Dkt. No. 607.).  There being no response in opposition, it is

     ORDERED:

  1)  **Within seven (7) days of the date of this order, CNA is DIRECTED to file a proposed order and judgment which includes an itemized list of the attorneys' fees, costs, and interest CNA is owed.**

     **DONE AND ORDERED** at Tampa, Florida this 18th day of March, 2016.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:
Counsel of Record